**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JIN KIM, & | ) | |
| WELLMADE, INC. | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| CHARLES WADE and | ) | |
| CHARLES PROTÉGÉ, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

NOW COMES Plaintiff, JIN KIM (hereinafter "PLAINTIFF" or "MR. KIM"), by and through his attorneys, Henderson Banks Law, LLC, complaining of Defendants, CHARLES WADE and CHARLES PROTÉGÉ, LLC, (hereinafter "DEFENDANTS," "CHARLES" or "PROTÉGÉ"), and for his Complaint at Law, states as follows:

## INTRODUCTION

This is a civil action seeking damages against defendants for breach of contract and fraud.

## JURISDICTION

1) Jurisdiction is based on Diversity of Citizenship.

    (a) JIN KIM is a citizen of the United States and the State of California and resides in the City of Los Angeles, County of Los Angeles.

    (b) WELLMADE, INC., (hereinafter "WELLMADE") is incorporated in the State of California and has its principal place of business in the city of Los Angeles,

County of Los Angeles. **Please see Exhibit 2, Certificate of Good Standing for WELLMADE.**

(c) Defendant Charles Wade is a citizen of the United States and the State of Illinois and resides in the city of Chicago, County of Cook.

(d) Charles Protégé, LLC, (hereinafter "Protégé") was incorporated in the State of Illinois at the time of the occurrence and has its principal place of business in the city of Chicago, County of Cook. **Please see Exhibit 1, Certificate of Standing for Charles Protégé, LLC.**

(e) Plaintiff affirms that his damages exceed $75,000.00.

2) Venue in this district is proper under 28 U.S.C. Sec. 1391 (b). The Defendant resides or resided in this district and the events giving rise to Plaintiff's claims occurred here.

## PARTIES

1. Plaintiff, JIN KIM, is a citizen of the United States of America, who, at all relevant times, resided in Los Angeles, California. JIN KIM is the owner of Wellmade, Inc in Los Angeles, California.

2. Defendant, CHARLES WADE, is a citizen of the United States of America, who, at all relevant times, resided in Chicago, Illinois. CHARLES WADE is the owner of CHARLES PROTÉGÉ, LLC.

3. At the time of the occurrence, Defendant, CHARLES PROTÉGÉ, LLC, was licensed to do business under the laws of the State of Illinois, with a principal place of business located at 2545 S. Dearborn #609, Chicago, Illinois.

**FACTS**

<u>Boys and Girls Club Loan Agreement Dated August 26, 2021.</u>

4. On or about August 26, 2021, Plaintiff, JIN KIM, and Defendant, CHARLES WADE, on behalf of CHARLES PROTÉGÉ, LLC., entered into a Loan Agreement. This Agreement was executed by Plaintiff, JIN KIM, on behalf of Wellmade, Inc, and Defendant, CHARLES WADE, on behalf of CHARLES PROTÉGÉ, LLC., for a loan of $50,000, of which the loan was to be repaid in installments until November 15, 2022, when the remaining balance owed would become due. **A true and accurate copy of the Loan Agreement is attached as Exhibit "3".**

5. **A true and accurate copy of Plaintiff, JIN KIM's amortization schedule is attached as Exhibit "4".**

6. Defendant, CHARLES WADE, breached the Agreement when he failed to make the installment payments as promised.

7. The actions of the Defendants were intentional, unlawful and fraudulent.

8. As a direct and proximate result of the unlawful actions of the Defendants, Plaintiff was harmed, including pain and suffering, humiliation, embarrassment, fear, emotional trauma, mental anguish, lost time, and attorneys' fees.

<u>Share Purchase Agreement Dated September 30, 2021</u>

9. On or about September 30, 2021, Defendant, CHARLES WADE, on behalf of CHARLES PROTÉGÉ, LLC. and Joy District, approached Plaintiff, JIN KIM, and offered to sell Plaintiff 1.65% shares of Joy District in Chicago, Illinois. Joy

District is a hip, energetic, New American restaurant & cocktail bar with a roof deck and late-night dancing.

10. On or about September 30, 2021, Plaintiff, JIN KIM, on behalf of Wellmade, Inc., entered into negotiations for purchasing the aforementioned Shares from Defendant CHARLES WADE, acting on Joy District's behalf.

11. On or about September 30, 2021, during negotiations, Defendant, CHARLES WADE, made numerous representations to Plaintiff, JIN KIM, regarding Defendant, CHARLES WADE's percentage of ownership in Joy District and Defendant, CHARLES WADE's affiliation with and control of the Shares represented.

12. On or about September 30, 2021, Plaintiff, JIN KIM, and Defendant, CHARLES WADE, on behalf of CHARLES PROTÉGÉ, LLC., entered into a Share Purchase Agreement. The Agreement was executed by Defendant, CHARLES WADE, on behalf of CHARLES PROTÉGÉ, LLC., and by Plaintiff, JIN KIM, on behalf of Wellmade, Inc, for the purchase and sale of 1.65% Shares of Joy District, for the purchase price of $34,375.00 (the "Contract"). **A true and accurate copy of the Contract is attached as Exhibit "5" and incorporated herein by reference.**

13. Under the terms of the Contract, Plaintiff, JIN KIM, made a fixed sum payment of $34,375.00 to Defendant, CHARLES WADE's company CHARLES PROTÉGÉ, LLC., by wire, dated October 4, 2021. **A true and accurate wire transfer copy is attached as Exhibit "6".**

14. The only provisions of the Contract left to be performed were compliance with the Payment Terms and the transfer of the 1.65% Shares of Joy District.

15. Shortly after the Contract was signed, Plaintiff, JIN KIM, only received two equity checks totaling $18,000. **A true and accurate copy of the checks is attached as Exhibit "7" and Exhibit "8."**

16. Defendant, CHARLES WADE, breached the Warranties of the Agreement by failing to make his monthly payments to Plaintiff, JIN KIM and by failing to transfer the 1.65% Shares of Joy District to Plaintiff.

17. The actions of the Defendants were intentional, unlawful and fraudulent.

18. As a direct and proximate result of the unlawful actions of the Defendants, Plaintiff was harmed, including pain and suffering, humiliation, embarrassment, fear, emotional trauma, mental anguish, interference with a normal life, lost time, and attorneys' fees.

Kitchen Remodel Loan Agreement dated November 8, 2021.

19. On or about November 8, 2021, Plaintiff, JIN KIM, and Defendant, CHARLES WADE, on behalf of CHARLES PROTÉGÉ, LLC., entered into a Loan Agreement. The Agreement was executed by Plaintiff, JIN KIM, on behalf of Wellmade, Inc, (or its designee) and Defendant, CHARLES WADE, on behalf of CHARLES PROTÉGÉ, LLC., for Plaintiff to loan Defendant $23,000 for the purpose of remodeling Defendant CHARLES WADE's kitchen. **A true and accurate copy of the Contract is attached as Exhibit "9" and incorporated herein by reference.**

20. On or about November 15, 2021, Plaintiff, JIN KIM, sent a wire transfer to Defendant, CHARLES PROTÉGÉ, LLC., for $23,000.00. **A true and accurate copy of the wire transfer is attached as Exhibit "10".**

21. Under the terms of the Contract, Defendant, CHARLES WADE, was to repay the loan in full on December 13, 2021.

22. Defendant, CHARLES WADE, breached the Agreement by failing to make the repayment as promised.

23. The actions of the Defendants were intentional, unlawful and fraudulent.

24. As a direct and proximate result of the unlawful actions of the Defendants, Plaintiff was harmed, including pain and suffering, humiliation, embarrassment, fear, emotional trauma, mental anguish, interference with a normal life, lost time, and attorneys' fees.

## COUNT I: BREACH OF CONTRACT

## (BOYS AND GIRLS CLUB LOAN AGREEMENT DATED AUGUST 26, 2021)

25. Plaintiff realleges, adopts and incorporates by reference, each of the allegations set forth in paragraphs 1 through 25 of this Complaint as if fully set forth here.

26. The Contract entered and executed on or about August 26, 2021, between Plaintiff, JIN KIM, and Defendant CHARLES WADE, on behalf of CHARLES PROTÉGÉ, LLC., is a valid, written and binding contract.

27. The Contract is executory as to the terms requiring continuing performance.

28. The Contract's Payment Terms are essential and inducing terms of the Contract. Defendant, CHARLES WADE, on behalf of CHARLES PROTÉGÉ, LLC, breached the Contract's Payment Terms described in this Complaint.

29. Defendant, CHARLES WADE's breach of the Payment Terms is a material breach of the Contract.

30. Plaintiff, JIN KIM performed all obligations required of him under the Contract.

31. Plaintiff, JIN KIM has been deprived of the benefit of the Contract he reasonably expected to receive.

32. Defendants' breach of the Contract's Payment Terms defeats an essential purpose.

33. Defendant, CHARLES PROTÉGÉ, LLC., cannot cure its breach of the Contract's Payment Terms.

34. Defendant, CHARLES WADE, on behalf of CHARLES PROTÉGÉ, LLC., has damaged JIN KIM, personally and by and through his attorneys/agents, by his breach of the Contract's Terms.

35. Plaintiff, JIN KIM, incurred actual and compensatory damages in an amount equal to all payments made by Plaintiff, JIN KIM, to Defendant, CHARLES WADE, on behalf of CHARLES PROTÉGÉ, LLC., under the Contract from the time of CHARLES WADE's breach on or about August 26, 2021, through the conclusion of this matter, which amount exceeds $75,000.00, excluding interest and costs. (See Loan Amounts and Interest, Exhibit "4").

7

36. Defendants' breach of the Contract was malicious, willful, and committed recklessly with a wanton disregard for Plaintiff, JIN KIM's rights; and warrants the imposition of punitive damages in an amount to be determined at trial.

37. As a result of Defendant's misconduct, Plaintiff has suffered and will continue to suffer both economic and non-economic harm.

WHEREFORE, JIN KIM prays that this Honorable Court enter a Judgment in favor of Plaintiff, JIN KIM and against Defendants, CHARLES WADE and CHARLES PROTÉGÉ, LLC., in an amount of $175,000, including punitive damages, attorney fees, costs, and for such other and further relief as the Court deems just and proper under the circumstances.

## COUNT II: BREACH OF CONTRACT

### (SHARE PURCHASE AGREEMENT DATED SEPTEMBER 30, 2021)

38. Plaintiff realleges, adopts and incorporates by reference, each of the allegations set forth in paragraphs 1 through 25 of this Complaint as if fully set forth here.

39. The Contract entered and executed on or about September 30, 2021, between Plaintiff, JIN KIM, and Defendant CHARLES WADE, on behalf of CHARLES PROTÉGÉ, LLC., is a valid, written and binding contract.

40. Defendants, CHARLES WADE and CHARLES PROTÉGÉ, LLC., waived its rights as to the choice of law forum by agreeing to the terms of the Contract, which specify that Illinois law shall apply and that it is the forum for all disputes. (See Paragraph 13 of Exhibit "5").

41. The Contract is executory as to the terms requiring continuing performance.

42. The Warranties provision of the Contract is essential and inducing terms of the Contract.

43. Plaintiff, JIN KIM, performed all obligations required of him under the Contract.

44. Subsequent to the execution of the other two Loan Agreements, Defendants, CHARELES WADE and CHARLES PROTÉGÉ, LLC., failed to make complete and timely payments of the amounts due and owed to Plaintiff, JIN KIM.

45. Defendant, CHARELES WADE, on behalf of CHARLES PROTÉGÉ, LLC., breached the Warranties of the Contract as described in this Complaint.

46. Defendants' breach of the Warranties provision is a material breach of the Contract.

47. Defendants' breach of the Warranties provision of the Contract defeats an essential purpose of the Contract.

48. Plaintiff, JIN KIM, has been deprived of the benefit of the Contract he reasonably expected to receive.

49. Defendants cannot cure their breach of the Warranties provision of the Contract.

50. Plaintiff, JIN KIM has been damaged by Defendants, CHARELES WADE and CHARLES PROTÉGÉ, LLC., personally and by and through his attorneys/agents, by its breach of the Warranties provision of the Contract.

51. Defendants, CHARELES WADE and CHARLES PROTÉGÉ, LLC., personally and by and through their attorneys/agents, are the direct and proximate cause of Plaintiff, JIN KIM's injuries and damages.

52. Plaintiff, JIN KIM, has incurred actual and compensatory damages in an amount equal to all payments made by Plaintiff to Defendant, CHARELES WADE, on behalf of CHARLES PROTÉGÉ, LLC., under the Contract from the time of the breach on or about September 30, 2021, through the conclusion of this matter, which amount exceeds $75,000, excluding interest and costs.

53. CHARLES PROTÉGÉ, LLC and CHARLES WADE's breach of Contract was malicious, willful, and committed recklessly with a wanton disregard for Plaintiff, JIN KIM's rights; and warrants the imposition of punitive damages in an amount to be determined at trial.

54. Plaintiff, JIN KIM, is entitled to receive his costs and attorney's fees, recover interest, and court costs pursuant to Paragraph 6 of the Loan Agreement. (Exhibit "5").

55. As a result of Defendant's breach and misconduct, Plaintiff has suffered and will continue to suffer both economic and non-economic harm.

WHEREFORE, Plaintiff, JIN KIM, prays that this Honorable Court enter a Judgement in favor of Plaintiff and against Defendants, CHARLES WADE, and CHARLES PROTÉGÉ, LLC., in an amount of $175,000, including punitive damages, attorney fees, costs, and for such other and further relief as the Court deems just and proper under the circumstances.

## COUNT III: BREACH OF CONTRACT

## (KITCHEN REMODEL LOAN AGREEMENT DATED NOVEMBER 8, 2021)

56. Plaintiff realleges, adopts and incorporates by reference, each of the allegations set forth in paragraphs 1 through 25 of this Complaint as if fully set forth here.

57. The Contract entered and executed on or about November 8, 2021, between Plaintiff, JIN KIM, and Defendant CHARLES WADE, on behalf of CHARLES PROTÉGÉ, LLC., is a valid, written and binding contract.

58. The Contract is executory as to the terms requiring continuing performance.

59. Defendant, CHARLES WADE, acting on his own behalf, breached the Contract's Payment Terms described in this Complaint.

60. The Contract's Payment Terms are essential and inducing terms of the Contract.

61. Defendant, CHARLES WADE, on his own behalf, breached the Payment Terms of the agreement, which is a material breach of the Contract.

62. Plaintiff, JIN KIM, performed all obligations required of him under the Contract.

63. Plaintiff, JIN KIM, has been deprived of the benefits of the Contract he reasonably expected to receive.

64. Defendant, CHARLES WADE's breach of the Contract's Payment Terms defeats an essential purpose.

65. Defendant CHARLES WADE cannot cure his breach of the Contract's Payment Terms.

66. Defendant CHARLES WADE has damaged Plaintiff, JIN KIM, personally and by and through his attorneys/agents, by his breach of the Payment Terms.

67. Defendant, CHARLES WADE, personally and by and through his attorneys/agents, is the direct and proximate cause of Plaintiff, JIN KIM's injuries and damages.

68. Plaintiff, JIN KIM, has incurred actual and compensatory damages in an amount equal to all payments made by JIN KIM to CHARLES WADE on his behalf under the Contract from the time of CHARLES WADE's breach on or about November 8, 2021, through the conclusion of this matter, which amount exceeds 75,000, excluding interest and costs.

69. Defendant, CHARLES WADE's breach of the Contract was malicious, willful, and committed recklessly with a wanton disregard for JIN KIM's rights; and warrants the imposition of punitive damages in an amount to be determined at trial.

70. Plaintiff, JIN KIM, is entitled to receive his costs and attorney's fees incurred in this lawsuit.

71. As a result of Defendant's misconduct, Plaintiff has suffered and will continue to suffer both economic and non-economic harm.

WHEREFORE, JIN KIM prays that this Honorable Court enter a Judgment in favor of JIN KIM and against Defendant CHARLES WADE, in an amount of $175,000, including punitive damages, attorney fees, costs, and for such other and further relief as the Court deems just and proper under the circumstances.

## COUNT IV: BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING

72. Plaintiff, realleges, adopts and incorporates by reference, each of the allegations set forth in paragraphs 1 through 71 of this Complaint as if fully set forth here.

73. The aforementioned Contracts included an implied covenant of good faith and fair dealing by Plaintiff, JIN KIM, and Defendant CHARLES WADE, and CHARLES WADE's Company, CHARLES PROTÉGÉ, LLC.

74. Defendants, CHARLES WADE and CHARLES PROTÉGÉ, LLC., breached this covenant by acting in bad faith when they recklessly and knowingly deprived Plaintiff, JIN KIM, of his right to receive the full benefits of the Contracts.

75. Defendants, CHARLES WADE and CHARLES PROTÉGÉ, LLC., owed Plaintiff, JIN KIM, a duty to deal with him fairly by acting honestly and in good faith and by performing their obligations under the Contracts.

76. Defendants, CHARLES WADE and CHARLES PROTÉGÉ, LLC., breached this covenant by dealing with Plaintiff, JIN KIM, unfairly, putting their interests above the interests of Plaintiff, JIN KIM.

77. Plaintiff, JIN KIM, is entitled to recover compensatory and punitive damages from Defendants, CHARLES WADE and CHARLES PROTÉGÉ, LLC., for their breach of the covenant of good faith and fair dealing in an amount to be determined at trial.

78. Plaintiff, JIN KIM, can recover his costs and attorneys' fees for this lawsuit.

79. As a result of Defendant's misconduct, Plaintiff has suffered and will continue to suffer both economic and non-economic harm.

WHEREFORE, JIN KIM prays that this Court enter a Judgment in favor of Plaintiff, JIN KIM and against Defendants, CHARLES WADE and CHARLES PROTÉGÉ, LLC., in an amount of $175,000, including punitive damages, attorney fees, costs, and for such other and further relief as the Court deems just and proper under the circumstances.

## COUNT V: FRAUD (BOYS AND GIRLS CLUB)

80. Plaintiff, realleges, adopts and incorporates by reference, each of the allegations set forth in paragraphs 1 through 37 of this Complaint as if fully set forth here.

81. On or about August 26, 2021, during the negotiation and execution of the Contract, Defendant, CHARLES WADE, on behalf of CHARLES PROTÉGÉ, LLC, represented that he was authorized to act on behalf of the Boys and Girls Club as one of the Directors of the not-for-profit program. By his actions, Defendant, CHARLES WADE, made it appear that he had full power and authority to act on behalf of the Boys and Girls Club.

82. Defendant, CHARLES WADE's representation to Plaintiff, JIN KIM that he was authorized to act on behalf of the Boys and Girls Club was false.

83. Defendant, CHARLES WADE knew that his representations were false.

84. Defendant, CHARLES WADE, intended to induce Plaintiff, JIN KIM, to execute the Contract and pay money to Defendant, CHARLES WADE or CHARLES PROTÉGÉ, LLC.

85. Plaintiff, JIN KIM, executed the Contract and tendered the money required under the Contracts in reliance upon Defendant, CHARLES WADE's

14

representations and the implied and apparent authority of Defendant CHARLES WADE.

86.   Plaintiff, JIN KIM, suffered damages from its reliance on Defendant, CHARLES WADE's representations and his actions and inactions.

87.   Plaintiff, JIN KIM suffered damages from its reliance on Defendant, CHARLES PROTÉGÉ, LLC's representations and its actions and inactions.

88.   Despite numerous communications attempts from Plaintiff, JIN KIM, Defendant, CHARLES WADE, on behalf of CHARLES PROTÉGÉ, LLC, did not respond or declare any lack of authority but kept JIN KIM's money.

89.   Defendant, CHARLES WADE's actions were willful and wanton.

90.   As a result of Defendant's misconduct, Plaintiff has suffered and will continue to suffer both economic and non-economic harm.

WHEREFORE, Plaintiff, JIN KIM, prays that this Honorable Court enter a Judgment in favor of Plaintiff and against Defendants, CHARLES WADE and CHARLES PROTÉGÉ, LLC., in an amount of $175,000, including punitive damages, attorney fees, costs, and for such other and further relief as the Court deems just and proper under the circumstances.

## COUNT VI: FRAUD (SHARE AGREEMENT)

91.   Plaintiff, realleges, adopts and incorporates by reference, each of the allegations set forth in paragraphs 1 through 25 and 38 through 55 of this Complaint as if fully set forth here.

92. On or about September 30, 2021, during the negotiation and execution of the Joy District Contract, Defendant, CHARLES WADE, through his company CHARLES PROTÉGÉ, LLC, represented that he was authorized to act on behalf of Joy District as part owner. By his actions, Defendant, CHARLES WADE, made it appear, through CHARLES PROTÉGÉ, LLC, that he had full power and authority to act on behalf of Joy District Chicago.

93. Defendant, CHARLES WADE's representation to Plaintiff, JIN KIM, that he was authorized to act on behalf of Joy District Chicago was false.

94. Defendant, CHARLES WADE, knew that his representations were false.

95. Defendant, CHARLES WADE, intended to induce Plaintiff, JIN KIM to execute the Contract and pay money to Defendant, CHARLES WADE on behalf of CHARLES PROTÉGÉ, LLC.

96. Plaintiff, JIN KIM, executed the Contract and tendered the money required under the Contracts in reliance upon Defendant CHARLES WADE's representations and the implied and apparent authority of Defendant CHARLES WADE.

97. Plaintiff, JIN KIM, suffered damages from its reliance on Defendant, CHARLES WADE's representations and his actions and inactions.

98. Despite numerous communications attempts from Plaintiff, JIN KIM, Defendant, CHARLES WADE did not respond or declare any lack of authority but kept Plaintiff, JIN KIM's money.

99. Defendant, CHARLES WADE's actions were unlawful, willful and wanton.

100. As a result of Defendant's misconduct, Plaintiff has suffered and will continue to suffer both economic and non-economic harm.

**PRAYER FOR RELIEF**

WHEREFORE the Plaintiff, JIN KIM, demands judgment against the Defendants, CHARLES WADE and CHARLES PROTÉGÉ, LLC, for:

    A.  Compensatory damages, in an amount to be determined at trial;

    B.  Punitive damages;

    C.  Pre-judgment and pot-judgment interest at the highest lawful rate;

    D.  Attorneys' fees and costs of this action; and

    E.  Any such other relief as this Court deems equitable and just.

**PLAINTIFF DEMANDS TRIAL BY JURY.**

Date: February 15, 2023,

Respectfully Submitted,


By:   s/Henderson Banks
*Plaintiff's Attorney*

Henderson M. Banks, Esq.
Crystal R. Sims, Esq.
HENDERSON BANKS LAW LLC
77 W. Wacker Drive, Floor 45
Chicago, IL 60601
T: (312) 341.0891
F: (312) 264.2377
E: hbanks@hendersonbankslaw.com
csims@hendersonbankslaw.com