Case: 1:23-cv-00951 Document #: 2-1 Filed: 02/15/23 Page 1 of 19 PageID #:20

2/15/23, 4:12 PM

**cyberdriveillinois.com is now ilsos.gov**

Online Services    Publications/Forms    Departments    News    Contact


Office of the Secretary of State
ilsos.gov

EXHIBIT 1

# Corporation/LLC Search/Certificate of Good Standing

LLC File Detail Report

| | |
|---|---|
| File Number | 08845824 |
| Entity Name | CHARLES PROTEGE LLC |
| Status | INVOLUNTARY DISSOLUTION on Friday, 9 December 2022 |

### Entity Information

| | |
|---|---|
| Principal Office | 2229 W WASHINGTON BLVD. #3 CHICAGO, IL 606120000 |
| Entity Type | LLC |
| Type of LLC | Domestic |
| Organization/Admission Date | Monday, 22 June 2020 |
| Jurisdiction | IL |
| Duration | PERPETUAL |

### Agent Information

| | |
|---|---|
| Name | UNITED STATES CORPORATION AGEN |
| Address | 500 N MICHIGAN AVE STE 536 CHICAGO , IL 60611 |
| Change Date | Monday, 22 June 2020 |

### Annual Report

| | |
|---|---|
| For Year | 2022 |
| Filing Date | 00/00/0000 |

### Managers

| Name | WADE, CHARLES E. |
|------|------------------|
| Address | 2229 W WASHINGTON BLVD. #3 |
| | CHICAGO, IL 60612 |

**Series Name**

NOT AUTHORIZED TO ESTABLISH SERIES

Return to Search

This information was printed from www.ilsos.gov, the official website of the Illinois Secretary of State's Office.

Wed Feb 15 2023



# Secretary of State

## Certificate of Status   EXHIBIT 2

I, SHIRLEY N. WEBER, PH.D., California Secretary of State, hereby certify:

| | |
|---|---|
| **Entity Name:** | WELLMADE INC. |
| **Entity No.:** | 3918239 |
| **Registration Date:** | 06/16/2016 |
| **Entity Type:** | Stock Corporation - CA - General |
| **Formed In:** | CALIFORNIA |
| **Status:** | Active |

The above referenced entity is active on the Secretary of State's records and is authorized to exercise all its powers, rights and privileges in California.

This certificate relates to the status of the entity on the Secretary of State's records as of the date of this certificate and does not reflect documents that are pending review or other events that may impact status.

No information is available from this office regarding the financial condition, status of licenses, if any, business activities or practices of the entity.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of February 15, 2023.

**SHIRLEY N. WEBER, PH.D.**
**Secretary of State**

**Certificate No.:** 082925930

To verify the issuance of this Certificate, use the Certificate No. above with the Secretary of State Certification Verification Search available at bizfileOnline.sos.ca.gov.

EXHIBIT 5

## SHARE PURCHASE AGREEMENT

**THIS SHARE PURCHASE AGREEMENT** (the "Agreement") made and entered into this 30th day of September, 2021 (the "Execution Date"),

**BETWEEN:**

Charles Protege LLC of 2545 S Dearborn St #609 Chicago, IL 60616
(the "Seller")

OF THE FIRST PART

and

Jin Kim of Los Angeles, CA
(the "Purchaser")

OF THE SECOND PART

**BACKGROUND:**

A. The Seller is the owner of record of 1.65 % shares (the "Shares") of Joy District Chicago (the "Corporation").

B. The Seller desires to sell the Shares to the Purchaser and the Purchaser desires to purchase the Shares from the Seller.

**IN CONSIDERATION OF** and as a condition of the parties entering into this Agreement and other valuable consideration, the receipt and sufficiency of which consideration is acknowledged, the parties to this Agreement agree as follows:

### Purchase and Sale

1. Except as otherwise provided in this Agreement, all monetary amounts referred to in this Agreement are in USD (US Dollars).

2. The Seller agrees to sell and the Purchaser agrees to purchase all the rights, title, interest, and property of the Seller in the Shares for an aggregate purchase price of $34,375 (the "Purchase Price").

3. A fixed sum of $34,375 will be payable on closing of this Agreement.

Page 1 of 5

4. All payments will be in the form of certified check, wire transfer, or bank draft of immediately available funds. In the case of a direct wire transfer the Seller will give notice to the Purchaser of the bank account particulars at least 5 business days prior to the Closing Date.

## Representations and Warranties of the Seller

5. The Seller warrants and represents to the Purchaser as follows:

   a. The Seller would not be recognized as an issuer, insider, affiliate, or associate of the Corporation as defined or recognized under applicable securities laws and regulations.

   b. Except as provided in the incorporating documents of the Corporation or as indicated on the face of the certificates for the Shares, the Purchaser would not be prevented or restricted in any way from re-selling the Shares in the future.

   c. The Seller is the owner in clear title of the Shares and the Shares are free of any lien, encumbrance, security interests, charges, mortgages, pledges, or adverse claim or other restriction that would prevent the transfer of clear title to the Purchaser.

   d. The Seller is not bound by any agreement that would prevent any transactions connected with this Agreement.

   e. There is no legal action or suit pending against any party, to the knowledge of the Seller, that would materially affect this Agreement.

## Representations and Warranties of the Purchaser

6. The Purchaser warrants and represents to the Seller as follows:

   a. The Purchaser would not be recognized as an issuer, insider, affiliate, or associate of the Corporation as defined or recognized under applicable securities laws and regulations.

   b. The Purchaser is not bound by any agreement that would prevent any transactions connected with this Agreement.

   c. There is no legal action or suit pending against any party, to the knowledge of the Purchaser, that would materially affect this Agreement.

   d. A monthly payment of $7500 will be sent via Check or wire transfer Every 30th Day of the month.

e. There is no legal action or suit pending against any party, to the knowledge of the Purchaser, that would materially affect this Agreement.

f. All ownership (Carmen Rossi 63.7% Equity Holder & Chris Bader 33% Equity Holder) will be fully aware of Purchaser's equity stake.

## Closing

7. The closing of the purchase and sale of the Shares (the "Closing") will take place on September 30, 2021 (the "Closing Date") at the offices of the Seller or at such other time and place as the Seller and the Purchaser mutually agree. At Closing and upon the Purchaser paying the Purchase Price in full to the Seller, the Seller will deliver to the Purchaser duly executed transfers of the Shares.

## Expenses

8. All parties agree to pay all their own costs and expenses in connection with this Agreement.

## Finder's Fees

9. No party to this Agreement will pay any type of finder's fee to any other party to this Agreement or to any other individual in connection to this Agreement.

10. All parties to this Agreement warrant and represent that no investment banker or broker or other intermediary has facilitated the transaction contemplated by this Agreement and is entitled to a fee or commission in connection with said transaction. All parties to this Agreement indemnify and hold harmless all other parties to this Agreement in connection with any claims for brokerage fees or other commissions that may be made by any party pertaining to this Agreement.

## Dividends

11. Any dividends earned by the Shares and payable before the Closing of this Agreement will belong to the Seller, and any dividends earned by the Shares and payable after the Closing of this Agreement will belong to the Purchaser.

12. Any rights to vote attached to the Shares will belong to the Seller before the Closing and will belong to the Purchaser after the Closing.

## Governing Law

13. The Purchaser and the Seller submit to the jurisdiction of the courts of the State of Illinois for the enforcement of this Agreement or any arbitration award or decision arising from this Agreement. This Agreement will be enforced or construed according to the laws of the State of Illinois.

## Miscellaneous

14. Time is of the essence in this Agreement.

15. This Agreement may be executed in counterparts. Facsimile signatures are binding and are considered to be original signatures.

16. All warranties and representations of the Seller and the Purchaser connected with this Agreement will survive the Closing.

17. This Agreement will not be assigned either in whole or in part by any party to this Agreement without the written consent of the other party.

18. Headings are inserted for the convenience of the parties only and are not to be considered when interpreting this Agreement. Words in the singular mean and include the plural and vice versa. Words in the masculine gender include the feminine gender and vice versa. Words in the neuter gender include the masculine gender and the feminine gender and vice versa.

19. If any term, covenant, condition or provision of this Agreement is held by a court of competent jurisdiction to be invalid, void or unenforceable, it is the parties' intent that such provision be reduced in scope by the court only to the extent deemed necessary by that court to render the provision reasonable and enforceable and the remainder of the provisions of this Agreement will in no way be affected, impaired or invalidated as a result.

20. This Agreement contains the entire agreement between the parties. All negotiations and understandings have been included in this Agreement. Statements or representations which may have been made by any party to this Agreement in the negotiation stages of this Agreement may in some way be inconsistent with this final written Agreement. All such statements are declared to be of no value in this Agreement. Only the written terms of this Agreement will bind the parties.

21. This Agreement and the terms and conditions contained in this Agreement apply to and are binding upon the Seller and the Purchaser and their respective successors, assigns, executors, administrators, beneficiaries, and representatives.

22. Any notices or delivery required here will be deemed completed when hand-delivered, delivered by agent, or seven (7) days after being placed in the post, postage prepaid, to the parties at the addresses contained in this Agreement or as the parties may later designate in writing.

23. All of the rights, remedies and benefits provided by this Agreement will be cumulative and will not be exclusive of any other such rights, remedies and benefits allowed by law.

**IN WITNESS WHEREOF** the Seller and Purchaser have duly affixed their signatures under hand and seal on this _____ day of _____, _____.

Charles Protege LLC (Seller)

Per:_____ (SEAL)

_____

Jin Kim (Purchaser)

©2002-2021 LawDepot.com®

# CHASE ⬡ for BUSINESS®

Printed from Chase for Business

| Wire date | Status | Wire to | Transaction number | Transfer amount | Amount |
|---|---|---|---|---|---|
| Oct 4, 2021 | Completed | CHARLES PROTEGE LLC | 5305215317 | $34,375.00 | $34,375.00 USD |

EXHIBIT 6

| | |
|---|---|
| Wire to | CHARLES PROTEGE LLC |
| Wire from | |
| Amount | $34,375.00 USD (U.S. Dollar) |
| Wire fee | Fee waived |
| Total | $34,375.00 USD (U.S. Dollar) |
| Wire date | Oct 4, 2021 |
| Status | Completed |
| Status date | Oct 4, 2021 |
| Reference number | |
| Transaction number | |
| Message to recipient | 1.65 PERCENT SHARE FOR JOY DISTRICT |
| Message to recipient bank | None |
| Memo | None |
| Submitted by | Administrator |
| Submitted by date and timestamp | 10/01/2021 06:15:27 PM ET |
| Last modified by | Not Available |
| Modified by date and timestamp | 10/04/2021 03:04:37 PM ET |

Case: 1:23-cv-00951 Document #: 2-1 Filed: 02/15/23 Page 10 of 19 PageID #:29

# CHASE PRIVATE CLIENT

---

## $11,000.00
Total

Dec 20, 2021
Post date

1195
Check #

---



EXHIBIT 7

Account #

Routing #

---

JPMorgan Chase Bank, N.A. Member FDIC        ©2022 JPMorgan Chase & Co.        Equal Housing Opportunity

Case: 1:23-cv-00951 Document #: 2-1 Filed: 02/15/23 Page 11 of 19 PageID #:30

# CHASE PRIVATE CLIENT

## $7,000.00
Total

Jan 28, 2022
Post date

1008
Check #



EXHIBIT 8

Account #

Routing #

---

JPMorgan Chase Bank, N.A. Member FDIC        ©2022 JPMorgan Chase & Co.        Equal Housing Opportunity

## LOAN AGREEMENT

**THIS LOAN AGREEMENT (this "Agreement") dated this 8th day of November, 2021**

**BETWEEN:**

EXHIBIT 9

jin Kim (Wellmade Inc) of Los Angeles, CA
(the "Lender")

**OF THE FIRST PART**

**AND**

Charles Wade (Charles Protege LLC) of 2545 S Dearborn #609 Chicago, IL 60616
(the "Borrower")

**OF THE SECOND PART**

**IN CONSIDERATION OF** the Lender loaning certain monies (the "Loan") to the Borrower, and the Borrower repaying the Loan to the Lender, the parties agree to keep, perform and fulfill the promises and conditions set out in this Agreement:

### Loan Amount & Interest

1.  The Lender promises to loan $23,000.00 USD to the Borrower and the Borrower promises to repay this principal amount to the Lender, without interest payable on the unpaid principal, beginning on November 8, 2021.

### Payment

2.  This Loan will be repaid in full on December 13th, 2021.

3.  At any time while not in default under this Agreement, the Borrower may make lump sum payments or pay the outstanding balance then owing under this Agreement to the Lender without

Page 1 of 3

further bonus or penalty.

## Default

4. Notwithstanding anything to the contrary in this Agreement, if the Borrower defaults in the performance of any obligation under this Agreement, then the Lender may declare the principal amount owing under this Agreement at that time to be immediately due and payable.

## Governing Law

5. This Agreement will be construed in accordance with and governed by the laws of the State of Illinois.

## Costs

6. The Borrower shall be liable for all costs, expenses and expenditures incurred including, without limitation, the complete legal costs of the Lender incurred by enforcing this Agreement as a result of any default by the Borrower and such costs will be added to the principal then outstanding and shall be due and payable by the Borrower to the Lender immediately upon demand of the Lender.

## Binding Effect

7. This Agreement will pass to the benefit of and be binding upon the respective heirs, executors, administrators, successors and permitted assigns of the Borrower and Lender. The Borrower waives presentment for payment, notice of non-payment, protest, and notice of protest.

## Amendments

8. This Agreement may only be amended or modified by a written instrument executed by both the Borrower and the Lender.

## Severability

9. The clauses and paragraphs contained in this Agreement are intended to be read and construed independently of each other. If any term, covenant, condition or provision of this Agreement is held by a court of competent jurisdiction to be invalid, void or unenforceable, it is the parties'

intent that such provision be reduced in scope by the court only to the extent deemed necessary by that court to render the provision reasonable and enforceable and the remainder of the provisions of this Agreement will in no way be affected, impaired or invalidated as a result.

## General Provisions

10.    Headings are inserted for the convenience of the parties only and are not to be considered when interpreting this Agreement. Words in the singular mean and include the plural and vice versa. Words in the masculine mean and include the feminine and vice versa.

## Entire Agreement

11.    This Agreement constitutes the entire agreement between the parties and there are no further items or provisions, either oral or otherwise.

**IN WITNESS WHEREOF**, the parties have duly affixed their signatures on this 8th day of November, 2021.

**SIGNED, SEALED, AND DELIVERED**
this 8th day of November, 2021.

jin Kim (Wellmade Inc)

**SIGNED, SEALED, AND DELIVERED**
this 8th day of November, 2021.

Charles Wade (Charles Protege LLC)

Page 3 of 3

©2002-2021 LawDepot.com®

# CHASE ⬡ for BUSINESS®

Printed from Chase for Business

| Wire date | Status | Wire to | Transaction number | Transfer amount | Amount |
|---|---|---|---|---|---|
| Nov 15, 2021 | Completed | CHARLES PROTEGE LLC | | $23,000.00 | $23,000.00 USD |

Exhibit 10

| | |
|---|---|
| Wire to | CHARLES PROTEGE LLC ( |
| Wire from | PLAT BUS CHECKING ( |
| Amount | $23,000.00 USD (U.S. Dollar) |
| Wire fee | Fee waived |
| Total | $23,000.00 USD (U.S. Dollar) |
| Wire date | Nov 15, 2021 |
| Status | Completed |
| Status date | Nov 15, 2021 |
| Reference number | |
| Transaction number | |
| Message to recipient | LOAN |
| Message to recipient bank | None |
| Memo | None |
| Submitted by | Administrator |
| Submitted by date and timestamp | 11/15/2021 04:07:47 PM ET |
| Last modified by | Not Available |
| Modified by date and timestamp | 11/15/2021 04:21:09 PM ET |

## LOAN AGREEMENT

**THIS LOAN AGREEMENT (this "Agreement")**

EXHIBIT 3

**BETWEEN:**

jin Kim (Wellmade Inc) of Los Angeles, CA
(the "Lender")

**OF THE FIRST PART**

**AND**

Charles Wade (Charles Protege LLC) of 2545 S Dearborn #609 Chicago, IL 60616
(the "Borrower")

**OF THE SECOND PART**

**IN CONSIDERATION OF** the Lender loaning certain monies (the "Loan") to the Borrower, and the Borrower repaying the Loan to the Lender, both parties agree to keep, perform and fulfill the promises and conditions set out in this Agreement:

### Loan Amount & Interest

1. The Lender promises to loan $50,000.00 USD to the Borrower and the Borrower promises to repay this principal amount to the Lender, without interest payable on the unpaid principal, beginning on August 26, 2021.

### Payment

2. This Loan will be repaid in consecutive monthly installments of principal and interest on the fifteenth day of each month commencing the month following the beginning of the loan under this Agreement and continuing until November 15th, 2022 with the balance then owing under this Agreement being paid at that time.

### Default

3. Notwithstanding anything to the contrary in this Agreement, if the Borrower defaults in the performance of any obligation under this Agreement, then the Lender may declare the principal amount owing and interest due under this Agreement at that time to be immediately due and payable.

Page 1 of 3

4. Further, if the Lender declares the principal amount owing under this Agreement to be immediately due and payable, and the Borrower fails to provide full payment, interest at the rate of 10.00 percent per annum, calculated yearly not in advance, will be charged on the outstanding amount, commencing the day the principal amount is declared due and payable, until full payment is received by the Lender.

### Governing Law

5. This Agreement will be construed in accordance with and governed by the laws of the State of Illinois.

### Costs

6. The Borrower shall be liable for all costs, expenses and expenditures incurred including, without limitation, the complete legal costs of the Lender incurred by enforcing this Agreement as a result of any default by the Borrower and such costs will be added to the principal then outstanding and shall be due and payable by the Borrower to the Lender immediately upon demand of the Lender.

### Binding Effect

7. This Agreement will pass to the benefit of and be binding upon the respective heirs, executors, administrators, successors and permitted assigns of the Borrower and Lender. The Borrower waives presentment for payment, notice of non-payment, protest, and notice of protest.

### Amendments

8. This Agreement may only be amended or modified by a written instrument executed by both the Borrower and the Lender.

### Severability

9. The clauses and paragraphs contained in this Agreement are intended to be read and construed independently of each other. If any term, covenant, condition or provision of this Agreement is held by a court of competent jurisdiction to be invalid, void or unenforceable, it is the parties' intent that such provision be reduced in scope by the court only to the extent deemed necessary by that court to render the provision reasonable and enforceable and the remainder of the provisions of this Agreement will in no way be affected, impaired or invalidated as a result.

### General Provisions

10. Headings are inserted for the convenience of the parties only and are not to be considered when interpreting this Agreement. Words in the singular mean and include the plural and vice versa. Words in the masculine mean and include the feminine and vice versa.

### Entire Agreement

11. After the 15 months have been completed, Jin Kim (Lender) will stay on as one of the directors of the non-for-profit Boys & Girls club and continue to receive $3500.00 for the duration of the program. This Agreement constitutes the entire agreement between the parties and there are no further items or provisions, either oral or otherwise.

**IN WITNESS WHEREOF**, the parties have duly affixed their signatures under hand and seal on this

**SIGNED, SEALED, AND DELIVERED**

this _____ day of _____,

_____.

_____

jin Kim (Wellmade Inc)

**SIGNED, SEALED, AND DELIVERED**

this 26th day of August,

2021 .

_____

Charles Wade (Charles Protege LLC)

©2002-2021 LawDepot.com®

**AMORTIZATION SCHEDULE**

| | | | | |
|---|---|---|---|---|
| Loan Amount: | $50,000.00 | | EXHIBIT 4 | |
| Loan Start Date: | August 26, 2021 | | | |
| Loan End Date: | November 15, 2022 | | | |

| Date | Payment ($) | Principal Paid ($) | Interest Charged | Total Interest ($) | Balance ($) |
|---|---|---|---|---|---|
| Thu Aug 26th, 2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Wed Sep 15th, 2021 | 3,571.43 | 3,571.43 | 0.00 | 0.00 | 46,428.57 |
| Fri Oct 15th, 2021 | 3,571.43 | 3,571.43 | 0.00 | 0.00 | 42,857.14 |
| Mon Nov 15th, 2021 | 3,571.43 | 3,571.43 | 0.00 | 0.00 | 39,285.71 |
| Wed Dec 15th, 2021 | 3,571.43 | 3,571.43 | 0.00 | 0.00 | 35,714.28 |
| Sat Jan 15th, 2022 | 3,571.43 | 3,571.43 | 0.00 | 0.00 | 32,142.85 |
| Tue Feb 15th, 2022 | 3,571.43 | 3,571.43 | 0.00 | 0.00 | 28,571.42 |
| Tue Mar 15th, 2022 | 3,571.43 | 3,571.43 | 0.00 | 0.00 | 24,999.99 |
| Fri Apr 15th, 2022 | 3,571.43 | 3,571.43 | 0.00 | 0.00 | 21,428.56 |
| Sun May 15th, 2022 | 3,571.43 | 3,571.43 | 0.00 | 0.00 | 17,857.13 |
| Wed Jun 15th, 2022 | 3,571.43 | 3,571.43 | 0.00 | 0.00 | 14,285.70 |
| Fri Jul 15th, 2022 | 3,571.43 | 3,571.43 | 0.00 | 0.00 | 10,714.27 |
| Mon Aug 15th, 2022 | 3,571.43 | 3,571.43 | 0.00 | 0.00 | 7,142.84 |
| Thu Sep 15th, 2022 | 3,571.43 | 3,571.43 | 0.00 | 0.00 | 3,571.41 |
| Sat Oct 15th, 2022 | 3,571.43 | 3,571.43 | 0.00 | 0.00 | -0.02 |
| Tue Nov 15th, 2022 | -0.02 | -0.02 | 0.00 | 0.00 | 0.00 |